# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2628

_____

United States of America,      *
     *
       Appellee,      *    Appeal from the United States
     *    District Court for the
     v.      *    District of Nebraska.
     *
Yamil Rivera-Kader, also known as      *      [UNPUBLISHED]
Llamil Kader,      *
     *
       Appellant.      *

_____

Submitted: October 28, 2010
Filed: October 29, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Yamil Rivera-Kader appeals the district court's[1] order denying his petition for a writ of mandamus to compel the government to file a Federal Rule of Criminal Procedure 35(b) motion to reduce his sentence for substantial assistance.

The district court did not abuse its discretion: among other reasons, Rivera-Kader failed to establish that he had a clear and indisputable right to a Rule 35(b)

_____

[1]The HONORABLE LAURIE SMITH CAMP, United States District Judge for the District of Nebraska.

motion because his plea agreement reserved to the government the discretion whether to file such a motion.  See In re MidAmerican Energy Co., 286 F.3d 483, 486 (8th Cir. 2002) (per curiam) (standard of review); In re SDDS, Inc., 97 F.3d 1030, 1034 (8th Cir. 1996).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____